# United States District Court
## Eastern District of California
### Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATE/CASE NO. 09-mj-0054 CMK |
| ) | |
| vs. ) | **ORDER TO APPEAR** |
| ) | |
| Jeffrey O. Abke ) | |
| ) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on 12-16-09 2pm at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 11-17-09

*Christy L. Pine*
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

**FILED**

NOV 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _Christy L. Pine_
       DEPUTY CLERK