```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JEFFREY ABKE

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    ) No. 2:09 - CR - 00543 EFB
14                               )
                Plaintiff,       )
15                               ) TRANSPORTATION ORDER
         v.                      )
16                               )
    JEFFREY ABKE,                ) Date: April 19, 2011
17                               ) Time: 9:30 A.M.
                Defendant.       ) Judge: Hon. Edmund F. Brennan
18                               )
    _____)
19
```

20  TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

21       This is to authorize and direct you to furnish the above named

22  defendant, JEFFREY ABKE, with transportation from Redding, California

23  to Sacramento, California for his jury trial in the United States

24  District Court for the Eastern District of California on **Tuesday, April**

25  **19, 2011 at 9:30 a.m.** and return transportation to Redding, California.

26       In addition, the United States Marshal shall furnish Mr. Abke with

27  money for any subsistence expenses in Sacramento, including lodging,

28  not to exceed the amount authorized as a per diem allowance for travel

under section 5702(a) of Title 5, United States Code.  Mr. Abke is unemployed and is financially unable to travel to Sacramento, California without transportation and subsistence expenses.  Mr. Abke lives with co-defendant, Ms. Navarette, and her two children.  He uses food stamps to pay for food.  Mr. Abke will need transportation for his return to Redding, California, the location of his residence, after the jury trial.

    This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: April 8, 2011

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
U.S. Magistrate Judge