

FILED

DEC 30 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   JEFFREY ABKE
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,      )  No. 2:09-CR-00543 EFB
                                  )
13              Plaintiff,        )
                                  )  STIPULATION FOR EXTENSION OF TIME
14      v.                        )  TO SELF SURRENDER
                                  )
15 JEFFREY ABKE,                  )
                                  )
16              Defendant.        )
                                  )
17 _____)
18
19      Defendant, JEFFREY ABKE, through counsel, hereby requests a
20 three-week extension of his self-surrender date from January 3, 2012 to
21 January 24, 2012, at 2:00 p.m..
22      Mr. Abke seeks an extension of time to self-surrender because he
23 has not yet been designated to an institution by the BOP.  Defense
24 counsel has contacted the Marshals Office which states that BOP has not
25 yet forwarded a designation.
26      Special Assistant United States Attorney Justin Lee stipulates to
27 the Court extending the self surrender date to January 24, 2012.
28 Jeffrey Abke requests that this Court vacate the self-surrender date of

January 3, 2012, and enter an Order extending the self-surrender date three weeks to January 24, 2012.

Dated: December 29, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  Rachelle Barbour for
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JEFFREY ABKE

BENJAMIN B. WAGNER
United States Attorney

/s/   Justin Lee
JUSTIN LEE
Special AUSA

## O R D E R

The self-surrender date of January 3, 2012 is vacated. Defendant, Jeffrey Abke, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service by January 24, 2012 by 2:00 p.m.

DATED: December 29, 2011

DALE A. DROZD
United States Magistrate Judge